IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FS Algarrobo Limited | § | |
| FS Andes Limited | § | |
| FS Andino Limited | § | |
| FS Arica Limited | § | CIVIL ACTION 1:20-cv-01040-UNA |
| FS Austral Limited, | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| Columbia Shipmanagement Ltd., | § | |
| | § | |
| Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| Bacardi Corporation | § | |
| E D and F Man Liquid Products LLC | § | |
| ExxonMobil Oil Corporation | § | |
| Freepoint Commodities LLC | § | |
| Inchcape Shipping Services, Inc. | § | |
| Linblad Expeditions, LLC | § | |
| Marathon Petroleum Supply LLC | § | |
| Navig8 Product Tankers LLC | § | |
| Novum Energy Tradiing Inc. | § | |
| NYK Line (North America) Inc. | § | |
| Shell Trading Services Company | § | |
| Wilhelmsen Ship Management (USA) Inc. | § | |
| Wilhelmsen Ships Service, Inc. | § | |
| Trafigura Trading LLC | § | |
| UPT United Product Tankers (Americas) LLC | § | |
| Valero Marketing and Supply Company | § | |
| | § | |
| Garnishees. | § | |

**VERIFICATION OF COMPLAINT**

I am a Principal of the law firm Simms Showers LLP, of counsel to plaintiffs Counsel for FS Algarrobo Limited, FS Andes Limited, FS Andino Limited, FS Arica Limited and FS Austral Limited ("Plaintiffs") and verify that the facts alleged in Complaint filed in this action [ECF 1] are true and correct to the best of my knowledge and information based upon the records of Plaintiffs made available to me by Plaintiffs. Authorized officers of Plaintiffs are not readily available in this District to make verifications on Plaintiffs' behalf. I am authorized to make this verification on Plaintiffs' behalf.

I further certify that, pursuant to Supplemental Rule B, I caused a search to be made of electronic records and Directory Assistance for addresses and telephone numbers in this District of defendant Columbia Shipmanagement Ltd. There is no record of any general or resident agent authorized to accept service of process for defendant Columbia Shipmanagement Ltd in this District.

> Pursuant to 28 U.S.C. § 1746(1), I solemnly declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2020.

_____
J. Stephen Simms
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Tel: 410-783-5795
Email: jssimms@simmsshowers.com