IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FS Algarrobo Limited, et al., § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO.: 20-cv-1040-CFC |
| vs. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| Columbia Shipmanagement Ltd., et al., § | |
| § | |
| Defendant and Garnishees. § | |

## NOTICE OF DISMISSAL OF CERTAIN GARNISHEES

Plaintiffs FS Algarrobo Limited, FS Andes Limited, FS Andino Limited, FS Arica Limited, and FS Austral Limited, pursuant to Fed. R. Civ. P. 41, hereby dismiss Garnishees Castlelake Holdings, LLC, Castlelake, L.P., Inchcape Shipping Services, Inc. and Novum Energy Trading, Inc., from this this action.  Defendant and all other Garnishees are **not dismissed**.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Timothy Jay Houseal*
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

**OF COUNSEL**

J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste. 250
Baltimore, Maryland 21030
Telephone:    (410) 783-5795
Facsimile:    (410) 510-1789
jssimms@simmsshowers.com

*Attorneys for FS Algarrobo Limited, FS Andes Limited, FS Andino Limited, FS Arica Limited, FS Austral Limited*

Dated: September 15, 2020

27031482.1