IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FS Algarrobo Limited, et al., § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO.: 20-cv-1040-CFC |
| vs. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| Columbia Shipmanagement Ltd., et al., § | |
| § | |
| Defendant and Garnishees. § | |

## NOTICE OF DISMISSAL – WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, no responsive pleadings having been filed, Plaintiffs FS Algarrobo Limited, FS Andes Limited, FS Andino Limited, FS Arica Limited, and FS Austral Limited hereby dismiss this action **without prejudice**.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Timothy Jay Houseal*
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6682
thouseal@ycst.com

*Attorneys for FS Algarrobo Limited, FS Andes Limited, FS Andino Limited, FS Arica Limited, FS Austral Limited*

**OF COUNSEL**

J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste. 250
Baltimore, MD 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

Dated: March 8, 2022

29161220.1